FILED

10/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0373

---

KAGECO ORCHARDS, LLC, a Montana Limited
Liability Company,

        Plaintiff and Appellant,

  v.

MONTANA DEPARTMENT OF
TRANSPORTATION, a Montana
Administrative Agency,

        Defendant and Appellee.

                                O R D E R

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on October 21, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover page to include the name, the venue of the tribunal, and the judge in which the case originated or from which the appeal is taken. The cover page on Appellant's opening brief does not contain the required information.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant's opening brief does not include the required appendix.

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
October 21 2022